O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JONATHAN NGUYEN,<br><br>             Plaintiff,<br><br>     v.<br><br>COINBASE INC. et al,<br><br>             Defendants. | Case No. 2:24-cv-02818-ODW (JPRx)<br><br>**FINAL JUDGMENT** |

On April 8, 2025, Plaintiff Jonathan Nguyen initiated this action against Defendants Coinbase Inc. ("Coinbase") and One Finance, Inc. ("One Finance"). (ECF No. 1.) On June 3, 2024, pursuant to Nguyen and Coinbase's Joint Stipulation to Compel Arbitration, (ECF No. 21), the Court ordered that Nguyen's claims against Coinbase be arbitrated and stayed this action as to Coinbase pending the completion of the arbitration. (ECF No. 22.) On June 13, 2024, One Finance moved to dismiss Nguyen's claims against it or, in the alternative, to compel arbitration. (ECF No. 24.) On November 20, 2024, the Court denied One Finance's motion to compel arbitration and granted its motion to dismiss Nguyen's claims against it. (ECF No. 31.) On July 31, 2025, after Nguyen and Coinbase informed the Court that the arbitration had concluded, the Court dismissed Coinbase from this action. (ECF No. 51.)

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Nguyen's Complaint as to One Finance is dismissed on the merits and with prejudice.
2. Nugyen shall recover nothing from One Finance.
3. Nyguen's Complaint as to Coinbase is dismissed without prejudice.
4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 1, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**